IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN C. BALDWIN | ) | Case No.   8:22CV87 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| UNION PACIFIC RAILROAD CO. | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for both the plaintiff and the defendant notified the court on 9/15/2025 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Trial Exhibits    11/13-22/2023

Defendant's Trial Exhibits 11/13-22/2023

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   September 15, 2025

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15